# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10CV198-RLV-DSC

| | |
|---|---|
| JEAN MAPLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOLGENCORP, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Charles Lance Gould]" (document #20) filed May 17, 2010. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: May 17, 2010

David S. Cayer
United States Magistrate Judge